FILED - USDC -NH
2024 JUN 10 AM 10:46

9100

THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

v.

Chase, .......TOWN OF WOLEBORO ....., Laplante INDIVIDUALLY,

Mullen, INDIVIDUALLY, Ransmeier & Spellman, Wolfeboro

Police Department,

PLEASE MAKE THE FOLLOWING CHANGES

WITH REGARDS TO THE ACTUAL DEFENDANTS

IN THIS CASE.  AS STATED

Josephine Amatucci

June 5, 2024

1