UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Josephine Amatucci</u>

    v.                                          Case No. 24-cv-154-SM-AJ

<u>Stuart Chase, et al</u>


<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 11, 2024, for the reasons set forth therein.

The clerk of court shall enter judgment and close the case.

**So Ordered.**

_____
Steven J. McAuliffe
United States District Judge

Date: June 25, 2024

cc:   Josephine Amatucci, pro se