```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Josephine Amatucci

    v.                                      Case No. 24-cv-154-SM-AJ

Stuart Chase, et al


## JUDGMENT

Judgment is hereby entered in accordance with the Order by Judge Steven J. McAuliffe dated June 25, 2024, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 11, 2024.

                                                By the Court:

                                                /s/ Daniel J. Lynch
                                                Daniel J. Lynch
                                                Clerk of Court

Date: June 25, 2024

cc:   Josephine Amatucci, pro se